CANROCK REALTY CORPORATION, Respondent, v. VIM ELECTRIC Co., INC., Appellant.— In an action to recover the agreed price for the use and occupancy of premises under a lease, order dismissing the first counterclaim on the ground that the contract, which absolves the lessor from liability for negligence resulting in damage to the lessee, was entered into prior to the enactment of and is not affected by section 234 of the Real Property Law, and dismissing the second counterclaim, with leave to plead over, affirmed, with ten dollars costs and disbursements. Appellant's time to plead over as to the second counterclaim extended until ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

CHASE WATCH CORP., Appellant, v. IRVING HEINS, Respondent.— Action for conversion. Plaintiff appeals from an order of the Appellate Term, modifying an order of the Municipal Court of the City of New York, Borough of Brooklyn, by vacating an execution issued against the person of the defendant. Order of the Appellate Term, in so far as appealed from, affirmed, without costs. No opinion. Hagarty, Johnston, Adel and Taylor, JJ., concur; Lazansky, P. J., dissents and, on the authority of *Broome County F. F. R. Assn.* v. *N. Y. State E. & G. Corp.* (239 App. Div. 304; affd., without opinion, 264 N. Y. 614), votes to modify the order by striking therefrom the provision vacating the execution against the person of the defendant and by providing therein that the motion to vacate the body execution be denied, and, as thus modified, to affirm the order.

DELAVAL SALES AND SERVICE, INC., Appellant, v. RAYMOND VALK and ANNA VALK, Respondents.— In an action for damages for injury to its motor truck caused by a collision between the truck and an automobile owned by one of the defendants and driven by the other, plaintiff appeals from a judgment, entered on the verdict of a jury, dismissing plaintiff's complaint. Judgment of the County Court of Dutchess county reversed on the law and the facts and a new trial ordered, with costs to appellant to abide the event. In so far as the verdict is in favor of the defendants and fails to award damages to the plaintiff upon its claim, it is against the weight of the credible evidence. The learned trial judge's charge to the jury, relating to an act of God, was erroneous. Although the condition of the road was due to such an act in the popular sense, it was not due to that cause in the legal sense. (*Cormack* v. *New York, N. H. & H. R. R. Co.*, 196 N. Y. 442, 447.) Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.